UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00129 |
| | ) | JUDGE CAMPBELL |
| EDDIE GLEN JONES | ) | |

ORDER

The status conference scheduled for October 15, 2012, at 9:00 a.m. is CANCELLED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE